Linda B. Oliver (SBN 166720)
Email: loliver@reedsmith.com
Jessica M. Perry (SBN 244932)
Email: jperry@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone:   510 763 2000
Facsimile:   510 273 8832

Attorneys for Plaintiff
West Coast Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST LIFE INSURANCE COMPANY, a Nebraska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES R. BARBOZA, JR., PAUL J. BARBOZA, EDWARD F. REYES, and DOE 1, as the Executor of the Estate of Charles R. Barboza, Sr.,<br><br>Defendants. | No.: C 09-02110 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER**<br><br>Compl. Filed:   May 14, 2009<br><br>Honorable Joseph C. Spero |

IT IS HEREBY STIPULATED by and between Plaintiff West Coast Life Insurance Company ("West Coast Life") and Defendants Charles R. Barboza, Jr., Paul J. Barboza, and Edward F. Reyes (collectively, "Defendants") as follows:

1.   That through the signing and filing of this Stipulation and Proposed Order, Defendants make their first appearances before the Court in this matter;

2.   That on or about August 14, 1989, West Coast Life issued an insurance policy, No. ZUA328593 (the "Policy"), on the life of Charles R. Barboza, Sr. ("Decedent") with a face amount of $21,071.00;

– 1 –

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER

US_ACTIVE-101894294.3

3. That the originally-named primary beneficiary of the Policy was Decedent's then-fiancé, who was originally erroneously named in the Policy as "Mary Reyes" but was corrected on or about January 16, 1990 to "Mary Garedakis";

4. That the contingent beneficiary on the Policy was the Estate of Charles R. Barboza, Sr.;

5. That Charles Barboza, Jr. and Paul Barboza are Decedent's sons;

6. That on or about October 24, 2008, West Coast Life received a Change of Beneficiary form from Decedent, dated October 18, 2008. In the Change of Beneficiary form, Decedent requested that the primary beneficiary on the Policy be changed to Edward F. Reyes. West Coast Life approved and recorded the beneficiary change on or about October 28, 2008;

7. That by reason of Decedent's death on or about November 5, 2008, the Policy death benefit became payable;

8. That on or about January 2, 2009, Edward Reyes sent claim forms to West Coast Life and thereby made a claim to the death benefit payable under the Policy;

9. That on or about February 17, 2009, Charles Barboza, Jr. sent claim forms to West Coast Life and thereby made a claim to the death benefit payable under the Policy;

10. That due to the multiple actual and potential claims to the Policy death benefit, West Coast Life has been unable to determine which of the respective claims is valid or to whom the death benefits, plus accrued interest, may be paid without risking double or multiple liability;

11. That because of the actually and potentially conflicting claims to the death benefit under the Policy as a result of the death of Decedent, West Coast Life filed its Complaint in Interpleader in good faith on or about May 14, 2009 pursuant to 28 U.S.C. Section 1335(a);

12. That concurrently with the filing of its Complaint in Interpleader, West Coast Life

deposited the death benefit, plus interest, with the Clerk of the Court in the amount of $21,403.52.

13. That having deposited the death benefit of the Policy, plus interest, with the Clerk of the Court on or about May 14, 2009, Plaintiff West Coast Life is released, discharged, and acquitted of and from any liability of any kind or nature whatsoever under the Policy or by reason of the death of Charles R. Barboza, Sr.

14. That this Court may enter a stipulated judgment in the form attached hereto as Exhibit A;

15. That Plaintiff West Coast Life shall recover $2,500.00 from the death benefit deposited with the Court as reimbursement for its attorneys' fees and costs incurred in this action. The Clerk of the Court shall remit a check in the amount of $2,500.00, PAYABLE TO West Coast Life Insurance Company, to its attorneys, Reed Smith LLP, 1999 Harrison Street, Suite 2400, Oakland, California 94612, Attention: Jessica M. Perry. The residual death benefit remaining after payment of West Coast Life's attorneys' fees and costs incurred in this action shall be referred to hereinafter as the "Remaining Benefit";

16. That to resolve actual and potential conflicting claims to the Policy death benefit, Charles R. Barboza, Jr., Paul J. Barboza, Edward F. Reyes, and West Coast Life stipulate to distribution of the Remaining Benefit as follows:

   a. The Clerk of the Court shall remit a check in the amount of $3,000 PAYABLE TO Charles R. Barboza, Jr., 650 Huntington Avenue, Apartment 2M, Boston, Massachusetts 02115;

   b. The Clerk of the Court shall remit a check in the amount of $2,000 PAYABLE TO Paul J. Barboza, 9728 Sage Thrasher Circle, Elk Grove, California 95757;

   c. The Clerk of the Court shall remit a check in the amount of the residual left of the Remaining Benefit, after the payment of $3,000 to Charles Barboza, Jr. and $2,000 to

Paul Barboza, PAYABLE TO Edward F. Reyes, to his attorney, Felipe C. Castillo, 160 Franklin Street, Suite 208, Oakland, California 94607.

DATED: 7-30- , 2009.

By *Charles R. Barboza Jr.*
Defendant Charles R. Barboza, Jr.

DATED: _____, 2009.

By_____
Defendant Paul J. Barboza

DATED: _____, 2009.

By_____
Defendant Edward F. Reyes

DATED: _____, 2009.

By_____
Felipe C. Castillo
Attorney for Defendant Edward F. Reyes

DATED: _____, 2009.

REED SMITH LLP

By_____
Linda B. Oliver
Jessica M. Perry
Attorneys for Plaintiff
Protective Life Insurance Company

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2009.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Paul Barboza, PAYABLE TO Edward F. Reyes, to his attorney, Felipe C. Castillo, 160 Franklin Street, Suite 208, Oakland, California 94607.

DATED: _____, 2009.

By_____
Defendant Charles R. Barboza, Jr.

DATED: 28 JULY, 2009.

By *[signature: Paul J Barboza]*
Defendant Paul J. Barboza

DATED: _____, 2009.

By_____
Defendant Edward F. Reyes

DATED: _____, 2009.

By_____
Felipe C. Castillo
Attorney for Defendant Edward F. Reyes

DATED: _____, 2009.

REED SMITH LLP

By_____
Linda B. Oliver
Jessica M. Perry
Attorneys for Plaintiff
Protective Life Insurance Company

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2009.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Paul Barboza, PAYABLE TO Edward F. Reyes, to his attorney, Felipe C. Castillo, 160 Franklin Street, Suite 208, Oakland, California 94607.

DATED: _____, 2009.

By_____
Defendant Charles R. Barboza, Jr.

DATED: _____, 2009.

By_____
Defendant Paul J. Barboza

DATED: 7-28-09, 2009.

By *Edward F. Reyes*
Defendant Edward F. Reyes

DATED: 7-28-09, 2009.

By *Felipe C. Castillo*
Felipe C. Castillo
Attorney for Defendant Edward F. Reyes

DATED: Aug. 5, 2009.

REED SMITH LLP

By *Jessica M Perry*
Linda B. Oliver
Jessica M. Perry
Attorneys for Plaintiff
Protective Life Insurance Company

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/19, 2009.

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

– 4 –

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER

US_ACTIVE-101894294.3